# EXHIBIT 1

| | |
|---|---|
| DROPCASES, LTD.,<br>    Plaintiff,<br> v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>    Defendants. | Case No.<br><br>JURY TRIAL DEMANDED |

**EXHIBIT 1— SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under seal. A full version of Exhibit 1 will be filed separately under seal and will remain under seal until further order of this court.

Dated: March 27, 2024

Respectfully submitted,

*/s/ David A. Boag*
DAVID A. BOAG (9899)
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
dab@boagip.com

*Attorneys for Plaintiff Dropcases, Ltd.*