# EXHIBIT 2



(12) **United States Design Patent**  (10) Patent No.: **US D1,018,469 S**
Maiwald et al.  (45) **Date of Patent:** ** Mar. 19, 2024

(54) **CHARGING ADAPTER**

(71) Applicants: **Christopher Eckhard Maiwald**, Kowloon (HK); **German Chan**, Kowloon (HK)

(72) Inventors: **Christopher Eckhard Maiwald**, Kowloon (HK); **German Chan**, Kowloon (HK)

(**) Term: **15 Years**

(21) Appl. No.: **29/864,275**

(22) Filed: **May 17, 2022**

(51) **LOC (14) Cl.** .............................................. **13-03**
(52) **U.S. Cl.**
 USPC ........................ **D13/146**; D13/133; D13/147
(58) **Field of Classification Search**
 USPC ................ D8/396; D10/80, 114.1; D13/107, D13/118–120, 133, 146–147, 149, 151, D13/154, 156, 174, 182; D14/433; D15/146; D23/226, 262; D24/138
 CPC ....... B60L 53/16; B60L 53/30; H01R 13/633; H01R 13/5202; H01R 13/5208; H01R 13/5219; H01R 13/5227; H01R 13/6275; H01R 2201/26; H01R 2107/00; Y02T 10/7072; Y02T 90/12; Y02T 90/14
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D663,692 | S | * | 7/2012 | Sebald ......................... D13/133 |
| D669,033 | S | | 10/2012 | Senk et al. |
| 8,573,998 | B2 | * | 11/2013 | Ichio .................. H01R 13/5227 439/372 |
| D700,143 | S | * | 2/2014 | Ichio ........................... D13/133 |
| D702,649 | S | * | 4/2014 | Ichio ........................... D13/174 |
| D707,179 | S | * | 6/2014 | Smith ........................... D13/146 |
| D716,233 | S | * | 10/2014 | Lai ................................ D13/146 |
| D743,893 | S | * | 11/2015 | Kuribayashi ................ D13/146 |
| D768,082 | S | | 10/2016 | Chuang |
| D797,052 | S | * | 9/2017 | Moseke ........................ D13/146 |
| D806,038 | S | * | 12/2017 | Zhang .......................... D13/147 |
| 10,118,496 | B2 | * | 11/2018 | Chuang ............. H01R 13/5202 |
| 10,647,207 | B2 | * | 5/2020 | Rivas ....................... B60L 53/16 |
| 2013/0105219 | A1 | * | 5/2013 | Osawa .............. H01R 13/5208 174/77 R |
| 2015/0295344 | A1 | * | 10/2015 | Sawada ............. H01R 13/5219 439/587 |

FOREIGN PATENT DOCUMENTS

EM  2740662  7/2015

OTHER PUBLICATIONS

Lectron, Date: Nov. 18, 2021, [online], [site visited Jun. 28, 2023]. Available from internet, https://www.amazon.com/Lectron-J1772-Tesla-Charging-Adapter/dp/B09M6KFV9T?th=1 (Year: 2021).*

(Continued)

*Primary Examiner* — Shawn T Gingrich
*Assistant Examiner* — Bryan N. Melvin
(74) *Attorney, Agent, or Firm* — BOAG LAW, PLLC

(57) **CLAIM**

The ornamental design for a charging adapter, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a charging adapter showing my new design;
FIG. **2** is a left side view thereof;
FIG. **3** is a right side view thereof;
FIG. **4** is a front view thereof; and,
FIG. **5** is a rear view thereof.
The broken lines in the drawings illustrate portions of the charging adapter that form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





(56) **References Cited**

OTHER PUBLICATIONS

Lectron 2, Date: Aug. 23, 2021, [online], [site visited Jun. 28, 2023]. Available from internet, https://www.amazon.com/dp/B09DCTJCTV/ (Year: 2021).*

Zencar, Date: Sep. 6, 2020, [online], [site visited Jun. 28, 2023]. Available from internet, https://www.amazon.com/dp/B0B3D78Q3Z (Year: 2020).*

Electric Car Charging Point Location. Car Charger Power Plug With Pin Isolated on White, Envato Market, https://photodune.net/item/electric-car-charging-point-location-car-charger-power-plug-with-pin-isolated-on-white/25717689, published Feb. 11, 2020.

Shanthi S, Connecting The Future: The State Of India's EV Connector Ecosystem, Inc42, Mar. 30, 2020, https://inc42.com/features/connecting-the-future-of-mobility-the-state-of-indias-ev-connector-ecosystem/.

Unknown, 40A Electric Vehicle Charging Connector EVSE Electric Car Type 1 EV Plug, Apr. 13, 2022, https://www.ebay.com/itm/193416903702.

Unknown, EV Charger, Portable 16A/32A Fast Charging Multi-Protection Car Charger with 16.4ft Extension Cord, Sipmle Operation Electric Vehicle Charging Station for Household Travel(16A-FU-A16D-C), Amazon.in, https://www.amazon.in/Multi-Protection-Extension-Operation-Household-16A-FU-A16D-C/dp/B099T8XCC2, Apr. 13, 2022.

Unkown, Batterycharge 5Pin | 1Phase | 16 AMP OCC11605, OSRAM Automotive, https://www.osram.com/ecat/BATTERYcharge%205PIN%20-%201PHASE%20-%2016%20AMP-Charging%20cables%20for%20electric%20vehicles-Battery%20care-Automotive/com/en/GPS01_3593957/ZMP_4062612/, Apr. 13, 2022.

Unkown, Buying an Ev, Nrma, Buying an EV, https://www.mynrma.com.au/cars-and-driving/electric-vehicles/ buying, Apr. 2022.

* cited by examiner

FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5