# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                              DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER      ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [ ]   Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?    No [ ]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

**TORTS**                                                                      **ACTIONS UNDER STATUTES**

**CONTRACT**            **PERSONAL INJURY**      **PERSONAL INJURY**             **FORFEITURE/PENALTY**   **BANKRUPTCY**                    **OTHER STATUTES**

[ ] 110 INSURANCE       [ ] 310 AIRPLANE         [ ] 367 HEALTHCARE/             [ ] 625 DRUG RELATED     [ ] 422 APPEAL                    [ ] 375 FALSE CLAIMS
[ ] 120 MARINE          [ ] 315 AIRPLANE PRODUCT     PHARMACEUTICAL PERSONAL         SEIZURE OF PROPERTY      28 USC 158                    [ ] 376 QUI TAM
[ ] 130 MILLER ACT              LIABILITY            INJURY/PRODUCT LIABILITY       21 USC 881           [ ] 423 WITHDRAWAL                [ ] 400 STATE
[ ] 140 NEGOTIABLE      [ ] 320 ASSAULT, LIBEL & [ ] 365 PERSONAL INJURY         [ ] 690 OTHER                28 USC 157                        REAPPORTIONMENT
        INSTRUMENT              SLANDER                  PRODUCT LIABILITY                                                                 [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF     [ ] 330 FEDERAL          [ ] 368 ASBESTOS PERSONAL                                                                 [ ] 430 BANKS & BANKING
        OVERPAYMENT &           EMPLOYERS'               INJURY PRODUCT          **PROPERTY RIGHTS**                                       [ ] 450 COMMERCE
        ENFORCEMENT             LIABILITY                LIABILITY                                                                         [ ] 460 DEPORTATION
        OF JUDGMENT     [ ] 340 MARINE                                           [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT     [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT    [ ] 345 MARINE PRODUCT   **PERSONAL PROPERTY**           [ ] 830 PATENT                                                    ENCED & CORRUPT
[ ] 152 RECOVERY OF             LIABILITY                                        [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION                  ORGANIZATION ACT
        DEFAULTED       [ ] 350 MOTOR VEHICLE    [ ] 370 OTHER FRAUD             [ ] 840 TRADEMARK                                                 (RICO)
        STUDENT LOANS   [ ] 355 MOTOR VEHICLE    [ ] 371 TRUTH IN LENDING                                                                  [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)         PRODUCT LIABILITY                                                         **SOCIAL SECURITY**              [ ] 485 TELEPHONE CONSUMER
[ ] 153 RECOVERY OF     [ ] 360 OTHER PERSONAL                                   **LABOR**                                                         PROTECTION ACT
        OVERPAYMENT             INJURY           [ ] 380 OTHER PERSONAL                                   [ ] 861 HIA (1395ff)
        OF VETERAN'S    [ ] 362 PERSONAL INJURY -        PROPERTY DAMAGE         [ ] 710 FAIR LABOR       [ ] 862 BLACK LUNG (923)
        BENEFITS                MED MALPRACTICE  [ ] 385 PROPERTY DAMAGE                 STANDARDS ACT   [ ] 863 DIWC/DIWW (405(g))        [ ] 490 CABLE/SATELLITE TV
[ ] 160 STOCKHOLDERS                                     PRODUCT LIABILITY       [ ] 720 LABOR/MGMT       [ ] 864 SSID TITLE XVI            [ ] 850 SECURITIES/
        SUITS                                                                            RELATIONS       [ ] 865 RSI (405(g))                      COMMODITIES/
[ ] 190 OTHER                                    **PRISONER PETITIONS**          [ ] 740 RAILWAY LABOR ACT                                         EXCHANGE
        CONTRACT                                 [ ] 463 ALIEN DETAINEE          [ ] 751 FAMILY MEDICAL  **FEDERAL TAX SUITS**             [ ] 890 OTHER STATUTORY
[ ] 195 CONTRACT                                 [ ] 510 MOTIONS TO              LEAVE ACT (FMLA)                                                  ACTIONS
        PRODUCT                                          VACATE SENTENCE                                 [ ] 870 TAXES (U.S. Plaintiff or  [ ] 891 AGRICULTURAL ACTS
        LIABILITY               **ACTIONS UNDER STATUTES**   28 USC 2255         [ ] 790 OTHER LABOR             Defendant)                [ ] 893 ENVIRONMENTAL
[ ] 196 FRANCHISE                                [ ] 530 HABEAS CORPUS                   LITIGATION      [ ] 871 IRS-THIRD PARTY                   MATTERS
                        **CIVIL RIGHTS**         [ ] 535 DEATH PENALTY           [ ] 791 EMPL RET INC            26 USC 7609               [ ] 895 FREEDOM OF
                                                 [ ] 540 MANDAMUS & OTHER                SECURITY ACT (ERISA)                                      INFORMATION ACT
                        [ ] 440 OTHER CIVIL RIGHTS                                                                                         [ ] 896 ARBITRATION
**REAL PROPERTY**               (Non-Prisoner)                                   **IMMIGRATION**                                           [ ] 899 ADMINISTRATIVE
                        [ ] 441 VOTING                                                                                                             PROCEDURE ACT/REVIEW OR
[ ] 210 LAND            [ ] 442 EMPLOYMENT       **PRISONER CIVIL RIGHTS**       [ ] 462 NATURALIZATION                                            APPEAL OF AGENCY DECISION
        CONDEMNATION    [ ] 443 HOUSING/                                                 APPLICATION
[ ] 220 FORECLOSURE             ACCOMMODATIONS   [ ] 550 CIVIL RIGHTS            [ ] 465 OTHER IMMIGRATION                                 [ ] 950 CONSTITUTIONALITY OF
[ ] 230 RENT LEASE &    [ ] 445 AMERICANS WITH   [ ] 555 PRISON CONDITION                ACTIONS                                                   STATE STATUTES
        EJECTMENT               DISABILITIES -   [ ] 560 CIVIL DETAINEE
[ ] 240 TORTS TO LAND           EMPLOYMENT               CONDITIONS OF CONFINEMENT
[ ] 245 TORT PRODUCT    [ ] 446 AMERICANS WITH
        LIABILITY               DISABILITIES -OTHER
[ ] 290 ALL OTHER       [ ] 448 EDUCATION
        REAL PROPERTY

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____  OTHER _____     JUDGE _____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES [ ] NO                 NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one: THIS ACTION SHOULD BE ASSIGNED TO: [ ] WHITE PLAINS [ ] MANHATTAN

DATE _____  SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
                                                          [ ] NO
                                                          [ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT #                                                 Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)