

BOAG LAW, PLLC
447 Broadway, Suite 2-270
New York, NY 10013
Phone: +1.212.203.6651
Email: dab@boagip.com

April 26, 2024

*via ECF*
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

RE: *Dropcases Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule A*, No. 24-cv-02589-JLR (S.D.N.Y.)

Dear Judge Rochon:

    We represent Plaintiff Dropcases Ltd. in this action. Pursuant to the Court's April 22, 2024 Order, Plaintiff is filing herewith a: (a) Supplemental Submission in Support of Plaintiff's Ex Parte Application for Service of Process by E-mail and/or Electronic Publication and (b) Supplemental Declaration of Christopher E. Maiwald (collectively, the "Supplemental Submission").

    As this submission is a supplement to Plaintiff's April 19, 2024 application for a temporary restraining order and other relief (Dkt. No. 7), Plaintiff respectfully requests further leave to file the Supplemental Submission under seal, for the reasons set forth in its April 19, 20924 letter to the Court.

Respectfully submitted,

 /David A. Boag/
David A. Boag (DB9899)
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
(212) 203-6651
dab@boagip.com

*Attorneys for Plaintiff Dropcases Ltd.*