UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>　　　　　　　Defendants. | Case No. 24-cv-02589-JLR<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| Nos. | Seller Alias | Defendant Name | Amazon Seller ID |
|---|---|---|---|
| 118 | ENA | Aceon-Bright, Inc. | A1PS96CG2U31BM |

Prior to the filing of this notice, Defendant has yet to file an answer or motion for summary judgment.

Dated: June 11, 2024

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ David A. Boag*
　　　　　　　　　　　　　　　　　　　DAVID A. BOAG
　　　　　　　　　　　　　　　　　　　**BOAG LAW, PLLC**
　　　　　　　　　　　　　　　　　　　447 Broadway, Suite 2-270
　　　　　　　　　　　　　　　　　　　New York, NY 10013
　　　　　　　　　　　　　　　　　　　dab@boagip.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Dropcases, Ltd.*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document was electronically filed on June 11, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of the filing to all registered attorneys of record.

*/s/ David A. Boag*
David A. Boag