UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD.,<br>　　　　　　　　Plaintiff,<br>　　v.<br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br>　　　　　　　　Defendants. | Case No. 24-cv-02589-JLR<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendants:

| Nos. | Amazon Seller ID | Defendant Name | Amazon Seller Alias |
|---|---|---|---|
| 19 | A2X5S3TAKUTQAK | Argo North Venture Partners, LLC | Lucky Chargers |
| 21 | A36JITAU1BVS0F | Leaderment International Group Co., Ltd | Syncwire |
| 53 | A2IHZFOHOQ0WG8 | Godirectinc.com Inc | GearIT |
| 66 | A3NWIHZHQOP4JP | PowerPump | Powerpump |
| 78 | AWGKVY8N96OWL | Shop Rush Store Inc. | IGRL Store |
| 86 | A34EB7QX5QA9AX | Active Production LLC | Powerbear |
| 122 | AZEMFYXR7MB0V | Manni inc | Yutaco |

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

Dated: June 11, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ David A. Boag*
　　　　　　　　　　　　　　　　　　　　DAVID A. BOAG
　　　　　　　　　　　　　　　　　　　　**BOAG LAW, PLLC**
　　　　　　　　　　　　　　　　　　　　447 Broadway, Suite 2-270
　　　　　　　　　　　　　　　　　　　　New York, NY 10013
　　　　　　　　　　　　　　　　　　　　dab@boagip.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Dropcases, Ltd.*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document was electronically filed on June 11, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of the filing to all registered attorneys of record.

/s/ David A. Boag
David A. Boag