# EXHIBIT "A"

Deliver to Jianyin Miami 33165 | Electronics | Search Amazon | EN | Hello, Jianyin Account & Lists | Returns & Orders | 0

All | Same-Day Delivery | Medical Care | Buy Again | Best Sellers | Amazon Basics | Customer Service | Books | Drive into the Outdoors

All Electronics | Deals | Best Sellers | TV & Video | Audio & Home Theater | Computers | Camera & Photo | Wearable Technology | Car Electronics & GPS

Shop now

Sponsored

Automotive › Tools & Equipment › Garage & Shop › Electric Vehicle Charging Equipment › Charging Stations



3 VIDEOS

Roll over image to zoom in

## ZENCAR NACS to J1772 Adapter Max 48A 250V NACS Charger Adapter with Safety Self-Locking [Only for J1772 EVs] Wallbox Mobile Connector Destination Charging (New Version White)

**Visit the EVCARS Store**

3.9  |  222 ratings  |  Search this page

$39.99

One-Day

FREE Returns

Pay $39.99 $33.27 after using available Amazon Visa rewards points.

**Color: New Version 48A White**

| | |
|---|---|
| **Brand** | EVCARS |
| **Special Feature** | Fast Charging |
| **Color** | New Version 48A White |
| **Mounting Type** | Wall Mount |
| **Amperage** | 40 Amps |

See more

### About this item

- ►MAX 48A FAST CHARGING◄ With 48 amps of maximum current and 250V of maximum voltage, you can fully charge in a few hours. It charges 7.5 times faster than the level 1 charger. *Unique Anti Drop Security Lock* can connect the adapter to charger plug firmly and



Delivery | Pickup

$39.99

One-Day

FREE Returns

FREE delivery **Tomorrow, June 13**. Order within **2 hrs 2 mins**

**Arrives before Father's Day**

Deliver to Jianyin - Miami 33165

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Evcars |
| Returns | Eligible for Return, Refund or Replacement… |
| Payment | Secure transaction |

See more

☐ Add a gift receipt for easy returns

Add to List

prevent fall.

- ►MORE CHARGING OPTIONS◄ Use the ZENCAR NACS charger adapter to add 15000+ NACS charging station options to your J1772 electric vehicle. Compatible with the NACS High Powered Wall Connectors, all generation of Destination Chargers and Mobile Connectors. *Source: U.S. Department of Energy (September 2021)
- ►EASY TO CARRY◄ This J1775 adapter is made from thermoplastic and weighs only 1.24 pounds. Small size: 8.25 x 2.75 x 2.75 IN. Keep it conveniently in your car to charge your electric vehicle quickly and easily.
- ►UL CERTIFIED◄ Meets the strongest possible safety guidelines. IP 44 (in working condition) Adapter can work under the condition of - 30℃ to 50℃ and has the characteristics of flame retardancy, pressure resistance and wear resistance.
- ►1 YEAR WARRANTY◄ ZENCAR has been dedicated to EV charging for 12 years. We can offer you professional technical support at any time if there's any problem. *NOTICE: The adapter is not compatible with NACS Super Charger, Third Generation charges, BMW I3, e-Golf, Kia Niro and Jeep Wrangler 4xe.

› See more product details

Report an issue with this product or seller

Sponsored

## Frequently bought together

 + 

**This item:** ZENCAR NACS to J1772 Adapter Max 48A 250V NACS Charger Adapter with
$39⁹⁹

Nilight - 50032R 18 inch 30 Amp to 50 Amp RV Plug Adapter Heavy Duty Dogbone Electrical
$19⁵⁰

Total price: $59.49

Add both to Cart

One of these items ships sooner than the other.
Show details

## Based on your recent views

Page 1 of 67

Sponsored

    

[Only for J1772 EVs ] Lectron - Tesla to J1772 Charging Adapter, Max 48A & 250V - C...
#1 Best Seller
$149⁹⁹

LECTRON EV Charger Nozzle Holster Dock and J-Hook Combination for J1772 Connector
1,341
$18⁹⁹

ShockFlo A1 Tesla to J1772 Adapter 48A 250V Max with Anti-Drop Lock, Fit for All J1...
1,915
$64⁹⁹

Tesla to J1772 Adapter, Max 48A 250V J1772 EVs Adapter, Tesla Charger Adapter with ...
14
$89⁹⁸

QIAO Fit for Tesla to J1772 Adapter,Fit for Tesla Charger Accessory for SAE EVs,Sec...
357
$49⁹⁹
Save 20% with coupon

## Customers frequently viewed

Page 1 of 8

Sponsored | Popular products in the last 7 days

    

Tesla to J1772 Adapter, Max 60Amp 250V Safety Certified Tesla Charge Adapter with F...
14
$69⁹⁹

Home Flex Level 2 EV Charger, Hardwired EV Fast Charge Station, Electric Vehicle Ch...
5,332
#1 Best Seller
$549⁰⁰

J1772 to Nema 5-15, EV Station Charging Adapter, EV Adapter Plug, J1772 to NEMA 5...
26
$59⁹⁹

AutoBot J1772 to Tesla Charging Adapter, Compatible with SAE J1772 Charger, 80Amp...
15
$32⁹⁹
Save 5% with coupon

Tesla to J1772 Adapter for J1772 EVs, Max 60 Amp & 240V Portable Tesla to J1772 Cha...
9
$39⁹⁹

## From the brand



ZENCAR have more than **12** years of experience in the EV field, and we have well-established management systems and supply chain systems to ensure that we can meet the needs of our different customers. Safe and fast charging has always been our driving force.

Max 4
3.5" La
Save U
Adjust

## Product Description

**-*ONLY FOR J1772 EVs*-**



**-*ONLY FOR J1772 EVs*-**





**NACS to J1772 Charger Adapter Performance**

- The adapter meets the SAE J1772-2010 US standard and the related standards of NACS charging dock;

- Working principle: When the adapter socket end is inserted into the NACS charging pile plug, it can realize the interchange charging between US standard AC charging plug and the NACS charging pile;

- MAX current: 48A;

- MAX voltage: 250V AC;

- Mechanical life: no- load plug in/ pull out> 10000 times;

- Coupled insertion force: 45N＜F＜80N;

- Terminal temperature rise: <50K;

- Flame retardant grade: UL94-0;

- Water-proof class: IP44 in working condition.



### Product Anti Dropping Mechanism

- The highlight design of the NACS Adapter is anti dropping security lock.

- When the adapter socket end is inserted into the NACS charging plug, it's locked automatically and can prevent the adapter from dropping. Move slide bar to unlock the connection after finishing the charging process. It's much safer than other products.

   

**Super Compatible**
It can apply to NACS Wallbox Connector, Destination Charging and Mobile Connector.Increase the Number of Charging Destinations for Your J1772 Standard Vehicle.

**Waterproof**
Material: PA66 + 25% glass fiber (fr50) . IP44 waterproof in working condition. It can work normally when it's rainning lightly.

**Fast Charging**
Rated current: 48A . Charger 7.5 times faster than Level 1 charger. It can finish the charge in a few hours.

**Portable**
Small size. Convenient to carry. You can carry it with your car when you are driving on road.



| | J1772 To NACS Adapter | Level 2/1 Ev Charger | Level 2 Ev Charger | Level 2 Ev Charger | Level 2/1 Ev Charger | Level 1 Ev Charger |
|---|---|---|---|---|---|---|
| Customer Reviews | 70 | 52 | 165 | 165 | 165 | 165 |
| Price | — | — | $199.00 | — | — | — |
| Voltage | 250V | 110-240V | 240v | 240V | 110-240V | 110V |
| Cable Length | / | 25FT | 25FT | 25FT | 25FT | 25FT |
| Switchable Current | MAX 60A | 8A/10A/13A/16A | 16A /20A /24A /32A /40A | 10A /16A /20A /24A /32A | 6A /8A /10A /12A /16A | 6A /8A /10A /12A /16A |
| Plug | / | NEMA 6-20+NEMA 5-15 Adapter | NEMA 14-50 | NEMA 14-50 | NEMA 6-20+NEMA 5-15 Adapter | NEMA 5-15 |
| Portable | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Operating temperature: | -30 ℃ ~ + 50 ℃ | -30 ℃ ~ + 50 ℃ | -30 ℃ ~ + 50 ℃ | -30 ℃ ~ + 50 ℃ | -30 ℃ ~ + 50 ℃ | -30 ℃ ~ + 50 ℃ |
| Plug-in cylinders | > 10,000 | > 10,000 | > 10,000 | > 10,000 | > 10,000 | > 10,000 |
| Waterproof level | IP 54 | IP 66 | IP 66 | IP 66 | IP 66 | IP 66 |

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | ZENCAR |
| Brand | EVCARS |
| Item Weight | 1.23 pounds |
| Package Dimensions | 9.25 x 3.23 x 3.11 inches |
| Country of Origin | China |
| Manufacturer Part Number | 30340 |
| Special Features | Fast Charging |
| Amperage | 40 Amps |
| Voltage | 250 Volts (AC) |
| Wattage | 48 watts |

### Additional Information

| | |
|---|---|
| ASIN | B0B3CS6674 |
| Customer Reviews | 3.9  222 ratings  3.9 out of 5 stars |
| Best Sellers Rank | #305,603 in Automotive (See Top 100 in Automotive) #352 in Electric Vehicle Charging Stations |
| Date First Available | September 6, 2020 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30

days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  ZENCAR NACS to J1772 Adapter Max 48A 250V NACS Charger Adapter with Safety  Add to Cart |  J1772 Adapter, Max 60A 250V with Security Lock, Safety Certified Charger  Add to Cart |  Syncwire J1772 to Tesla Adapter for Easy Charging, 60A/240V AC, SAE J1772  Add to Cart |  J1772 EVs Adapter, J1772 Charging Adapter with Security Lock, Fit for All  Add to Cart |
| Price | $39⁹⁹ | $68⁷³ | $49⁹⁹ | $49⁹⁹ |
| Delivery | FREE One-Day | FREE One-Day | FREE Delivery | FREE Delivery |
| Customer Ratings | 3.9            222 | 4.5            4 | 4.8            41 | 3.7            6 |
| Sold By | Evcars | JUYLTOOL | Syncwire Shop | Ebely |
| Connector Type | — | 2-Pin | Tesla Connector (NACS/TPC) | MagSafe |
| Number Of Usb Ports | 1 | 1 | 0 | — |
| Compatible Devices | — | Fit for all J1772 EVs | Tesla Model 3, Tesla Model Y, Tesla Model S, Tesla Model X, J1772 Connector (Level 1 & | — |
| Input Voltage | — | 240 volts | 240 volts | 240 volts |
| Connector Gender | Male-to-Male | Male-to-Male | Male-to-Female | Male-to-Male |
| Power Source | Corded Electric | Corded Electric | Corded Electric | Corded Electric |
| Specification Met | UL | — | FCC & UL | UL, CE |
| Output Voltage | 250 volts | 250 volts | 240 volts | — |
| Current Rating | 48 amps | 60 amps | 60 amps | — |

## Related products with free delivery

Sponsored ⓘ




**QIAO Fit for Tesla to J1772 Adapter,Fit for Tesla Charger Accessory for SAE EVs,Sec...**
$49⁹⁹
Save 20% with coupon

**ShockFlo A1 Tesla to J1772 Adapter 48A 250V Max with Anti-Drop Lock, Fit for All J1...**
14
$70⁸⁰

**MECMO Tesla to J1772 Charging Adapter [Safety Certified] Max 80 Amp 250V, J1772 EVs...**
$59⁹⁹

**Tesla to J1772 Charging Adapter Max 60 Amp & 250V for Tesla High Powered Connectors...**
4
$59⁹⁹

**GearIT Tesla to J1772 Adapter Cord for EV, Compatible with Tesla (NACS) Chargers, 4...**
18
$55⁹⁸

## Similar brands on Amazon
Sponsored

**Lectron**
Shop the Store on Amazon ›



Lectron Level 2 Tesla Charger - 240V, 40 Amp, NEMA 14-50 Plug, 16 ft Extension Cord, Portable Electric Car Charger fo...
184
$289.98 List: $319.99

**LATOUGH**
Shop the Store on Amazon ›



LaTough TSL to J1772 Adapter with Multifunctional Cyber Style Pack for J1772 EVs, TSL Charger Adapter Max 60...
92
$109.99

**ALLUSEE**
Shop the Store...



## Looking for specific info?

## Customer reviews

★ 3.9 out of 5
222 global ratings

| | | |
|---|---|---|
| 5 star | | 62% |
| 4 star | | 9% |
| 3 star | | 7% |
| 2 star | | 3% |
| 1 star | | 19% |

**Customers say**

Customers like the ease of use and compactness of the charging adapter. They mention it's simple, easy to install, and fits anywhere without taking up much space. That said, some complain about compatibility and differ on performance, quality, and value.
AI-generated from the text of customer reviews

**Positive:** Ease of use | Compactness | Speed

**Mixed:** Performance | Quality | Value

**Negative:** Compatibility

Zero tolerance for fake reviews

Sponsored

Reviews with images

See all photos ›

Top reviews

## Top reviews from the United States

  internetdude77

**Works for me**

Reviewed in the United States on January 28, 2021

**Verified Purchase**

OK so I received this the other day and tried it out today. Funny thing I still have my Tesla and wall connector so to test it I plugged my Tesla wall connector into this, and then plugged this into my J1772 to Tesla adapter into my Tesla LOL. It worked at 24A continuous for my test.

I will be trading my Tesla for a RAV4 Prime shortly (for reliability reasons, man Tesla needs to improve build quality and durability to win me back) so that's why I ordered this part. I can tell you the part seems to be of very sturdy, durable construction. I wish I could take it apart and see how well built it is inside but for this price I'm not going to risk it. When I was shopping for a J1772-Tesla charge adapter I liked that this one is smaller than all the competing products that I saw. It will take up less space in the hatch cargo area.

You should note there are no electrical standards ratings on this device, so use it at your

∨ Read more

15 people found this helpful

Helpful    Report

Mike Peterson

**Works Perfectly**

Reviewed in the United States on October 15, 2021

**Verified Purchase**

This adapter was a little expensive but really is perfect. Easy to attach and remove, and works perfectly without any modifications to our Tesla wall charger. Saved a lot of expense and hassle figuring out how to charge our new, second EV, a Hyundai Kona.



Helpful    Report

Doug Wittnebel

**What a disappointment, the device does not meet expectations, and does not function at all.**

Reviewed in the United States on August 7, 2023

Color: New Version 48A White    **Verified Purchase**

My new EV, is a Rivian truck, and is working very well. However, the bulk of EV charger stations at the local shopping center are for Tesla vehicles. i expected that I would be able to use this adaptor for my Rivian vehicle. While the connection seemed to be correct, each time the red light error message flashed. I do not recommend this adaptor device.

2 people found this helpful

Helpful    Report

StillaYankee

**Works with my new Kia EV6 GT-Line**

Reviewed in the United States on March 12, 2023

Color: New Version 48A White    **Verified Purchase**

Recently traded my 2019 Tesla Model 3 for a 2023 Kia EV6 GT-Line & was able to keep the Tesla Mobile Connector. Purchased this adapter, put it on the Tesla connector, & plugged it into my new Kia. It worked but was only charging at 3 kw. Looked at the reviews & someone was kind enough to share their experience & advice so I unplugged the charger from the car & unplugged the adapter from the Tesla Mobile Connector, waited 30 seconds or so & put the adapter on the Tesla Mobile Connector, pushed the lock button to lock the adapter onto the Tesla connector then plugged it into my new Kia. Been charging at 7.6kw since but I think it should be charging a little faster since my 50 Amp outlet is 3 phase (I know this for a fact since I was the one who wired it) & the EV6 can charge at 11kw. If I figure out a solution to this I'll post an update but just for those with an Ioniq or EV6, it does work just fine so long as you follow those steps. Now, each time I plug it in the car almost instantly says 'charging has begun'!

Helpful    Report

Gadget Fan

**Works for Audi E-Tron**

Reviewed in the United States on September 16, 2021

**Verified Purchase**

The hotel we were staying at only had a Tesla charger, so this adapter was a life-saver. It attaches to the Tesla charger cable and connects the charger to the E-Tron, which uses J-1772. No glitches. Easy to attach. Seems to be well-made.

The only potential downside: The adapter tops out at 40 amps. If the Tesla charger is faster than that, this one potentially won't work. Tesla Tap has adapters that handle 60 amps or 80 amps. Might be a better investment to buy one of those.

One person found this helpful

Helpful    Report

Eyeguys

**Works great**

Reviewed in the United States on June 23, 2022

**Verified Purchase**

Added a 22 Tesla to the family to go with a 2013 Chevy Volt. Never had the 220 put in the garage and used the standard charger for the Volt. Now with this adapter, I can easily charge the Volt with the Tesla charger in my garage. Seems well made.
(Little pricey)

Helpful    Report

zugvogel

**Does not work on e-Golf; needs two attempts on Energica**

Reviewed in the United States on December 20, 2020

**Verified Purchase**

I like the form factor, the size is about what I would expect for an adapter like this especially comparing it to the products from other vendors that are just too big to haul around on my electric motorcycle (Energica Eva).
However... when connecting the bike, the communication between the adapter and the bike do not work properly - the bike starts out thinking a DC charge is coming, then it resets and starts the charge in AC. So at least it is working after 30 seconds and a reboot.

But on my wife's VW e-Golf it never starts to charge, the car reports a "No current present" error.
I asked for a replacement to see if the first one was just faulty, but both behave exactly the same, so I assume that the charge protocol was not implemented properly.

I know Tesla chargers are finicky/proprietary (mine is a v3) so not sure who to blame... Since it works after a reset on my Eva which is the main reason I need this, I'll continue to use it for now.

7 people found this helpful

Helpful     Report

 lana

**From Tesla charger to Ev6**
Reviewed in the United States on November 22, 2022
Verified Purchase

I was able to use my Tesla charger to charge EV6, using the portable charger in 220 plug, it charge fast, the only issue the car will tell you that the car failed to charge, at this point you can press and hold on the mobile app button to force the charge, or if you programmed your car to only charge at night will start charging at night, I would definitely check on the car to make sure start charging just increase it didn't since it's not originally made by Kia. It happened to me once only where for some reason did not charge over night.

One person found this helpful

Helpful     Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

 Steve Man

**Plug and play! Works Seamlessly**
Reviewed in Canada on February 1, 2023
Color: New Version 48A White    Verified Purchase

We use a Tesla wall charger to charge a 2023 BMW IX with this adapter and it works perfectly. Just attached this adapter and plug in in.

Report

 Victor G.

**Funciona muy bien para VOLVO XC40 BEV**
Reviewed in Mexico on July 26, 2022
Verified Purchase

Estuve con la duda de comprarlo o no, porque hay reseñas de que no funciona con algunas marcas. Afortunadamente si funcionó para mi camioneta eléctrica. Solo recomiendo que si tu vehículo te lo permite, limites la carga a no mas de 40A para que no corras el riesgo de dañar el adaptador, ya que al conectarlo vi que el cargador de Tesla puede dar más de 40A.

One person found this helpful

Report

Translate review to English

 Pedro Ernesto Manuel Gonzalez Jimenez

**funciona al 100%**

Reviewed in Mexico on February 22, 2023

Color: New Version 48A White    **Verified Purchase**

Carga muy bien para mi BMW IX 40, lo recomiendo

Report

Translate review to English

 Alvaro Gómez Godoy

**No funciona con Mini Cooper Countryman SE**

Reviewed in Mexico on June 14, 2022

**Verified Purchase**

Lamentablemente, no funciona con el coche de mi esposa. Después de varias horas, nos dimos cuenta que no se había cargado nada la batería, y observando un rato, nos dimos cuenta que generaba una intermitencia (como si se estuviera conectando y desconectando cada momento) el conector. Lo devolveré e intentaremos con el de TeslaTap, a ver si funciona.

One person found this helpful

Report

Translate review to English

 Bernardo Linares

**Excelente opción**

Reviewed in Mexico on January 13, 2023

**Verified Purchase**

Excelente opción para poder usar los cargadores de Tesla teniendo un coche eléctrico/híbrido con conexión genérica. Muy buena calidad.



Report

Translate review to English

---

See more reviews ›

Back to top

| | | | |
|---|---|---|---|
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Help |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | |
| | Become an Amazon Hub Partner | Promotional Financing | |
| | › See More Ways to Make Money | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business |
| Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data | Goodreads Book reviews & recommendations |
| IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products |
| Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts |
| | | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates