UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-cv-02589 <br><br> Honorable Judge Jennifer L. Rochon <br><br> Magistrate Judge Gary Stein |

### DECLARATION OF Maomao Cai

I, Maomao Cai, declare, and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge. I make this declaration from my personal knowledge unless otherwise stated.

2. I am the owner of Defendants EVDANCE and Seguma ("Defendants"). Defendants sell an array of products on Amazon and other online marketplace platforms.

3. Defendant EVDANCE made 1,837 sales of allegedly infringing products with a total sales amount of $99,692.00, with an estimated profit of $4,300.00.

    a. Plaintiff currently has $260,259.45 frozen.

1

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the 12 day of June, 2024, in Shenzhen, China.

Respectfully submitted,

Maomao Cai  *MaoMao Cai*