6/6/24, 6:36 PM    Amazon.com: Keruida NACS a to SAE J1772 Charging Adapter Max 48A 250V Portable Fast Charging, Compatible with NAC…

Case 1:24-cv-02589-JLR Document 31-2  Filed 06/12/24  Page 1 of 9

Deliver to New York 10010 | Electronics | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All · Medical Care · Groceries · Best Sellers · Amazon Basics · New Releases · Prime · Music · Customer Service · Today's Deals · Amazon Home

All Electronics · Deals · Best Sellers · TV & Video · Audio & Home Theater · Computers · Camera & Photo · Wearable Technology · Car Electronics & GPS · Portable Audio

amazon business — Support women-owned businesses ▸

Automotive › Tools & Equipment › Garage & Shop › Electric Vehicle Charging Equipment › Charging Stations



VIDEO

Roll over image to zoom in

# NACS a to SAE J1772 Charging Adapter Max 48A 250V Portable Fast Charging, Compatible with NACS Wall Box, NACS High Powered Connector, Destination Charger, and Mobile Connector

Visit the Keruida Store

4.0 | 52 ratings | Search this page

$36⁹⁹

**FREE Returns**

Get $10 off instantly: Pay **$26.99** $36.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | Keruida |
| **Connector Type** | MagSafe |
| **Special Feature** | Portable, Lightweight Design |
| **Input Voltage** | 240 Volts |
| **Amperage** | 40 Amps |

⌄ See more

## About this item

- 【COMPATIBILITY】：This is a high quality and compact adapter specially designed to connect SAE J1772 standard Electric Vehicles to NACS chargers. Type 1 vehicles will enjoy the most charging options when on road with this NACS adapter. It can apply to NACS Wall box/ Charger Connector/ Destination Charger/ Mobile Connector.
- 【FAST CHARGING】：This charging supports 48 Amps of maximum current and 250V of maximum voltage, and the charging speed is faster than the level 1 charger .This adapter is designed to make EV charging quick and effortless.
- 【SMALL AND PORTABLE 】：The adapter is not only light weight（1.2 pounds）but small volume (7.87*3.93*3.93in). Convenient storage,it can be placed in your glove box, armrest box, or trunk of your car.Highly portable for easy carriage and travel.
- 【BUILT TO LAST】：This NACS adapter is made of thermoplastic with IP44 in working condition, rugged materials which can last over long periods of time. Adapter can work under the condition of - 22°F to 122°F（-30°C to 50°C）and has the characteristics of flame retardancy, pressure resistance and wear resistance, so it is very safe to use.
- 【IDEAL for DAILY and TRIP】：With our adapter, SAE J1772 cars drivers can utilize NACS charger. So you can spend more time with your fmaliy and enjoy the scenery on the journey than finding a suitable charging station.
- 【CONTACT AND SUPPORT】：KERUIDA technical support is always ready to answer any questions for you. If any of our products fail to meet your expectations, please get in touch with us and we will try to resolve the issue. Everyone may consider to add this accessories for his Electric Vehicle.

Report an issue with this product or seller

---

prime

**Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **fast, free delivery**

**Delivery** | Pickup

$36⁹⁹

**FREE Returns**

**FREE delivery Tuesday, June 11**

Or fastest delivery **Saturday, June 8**. Order within **17 hrs 24 mins**

Deliver to New York 10010

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Ships from   Amazon
Sold by      Keruida
Returns      Eligible for Return, Refund or Replacement within 30 days of receipt
Payment      Secure transaction

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

☐ Add a gift receipt for easy returns

[ Add to List ]

---

6/6/24, 6:36 PM
Amazon.com: Keruida NACS a to SAE J1772 Charging Adapter Max 48A 250V Portable Fast Charging, Compatible with NAC…
Case 1:24-cv-02589-JLR Document 31-2 Filed 06/12/24 Page 2 of 9

## Buy it with



This item: Keruida NACS a to SAE J1772 Charging Adapter Max 48A 250V Portable Fast Charging,…
$36⁹⁹

+ Joinfworld Temporary Power Outlet Panel Weatherproof, Thicker RV Pedeatal Electrical…
$99⁹⁵

+ SUMK Tempered Glass Screen Protector for Tesla Model Y(2024-2020), Tesla Model 3…
$18⁹⁹

Total price: $155.93

[ Add all 3 to Cart ]

Some of these items ship sooner than the others.
Show details

## Based on your recent shopping trends

Page 1 of 5



EV Charger, 16Amp 110V/240V Portable Level 1 Level 2 Electric Vehicle Charging Statio…
19
Amazon's Choice in Electric Vehicle Charging Stations
$105.40
Get it as soon as **Tuesday, Jun 11**
FREE Shipping by Amazon



Asani Level 1 & 2 EV Charger - 110-240V at 16 Amps - Portable Electric Vehicle EV Charger with NEMA 6-20 with NEMA …
61
$110.99
Get it as soon as **Tuesday, Jun 11**
FREE Shipping by Amazon



Ecogenix Carbon Fiber Level 1&2 EV Charger for All Tesla and J1772 EVs, 16Amp 110V-240V, Portable Fast Charger…
37
$179.99
Get it as soon as **Tuesday, Jun 11**
FREE Shipping by Amazon
Only 13 left in stock - order…



VEVOR Level 1+2 EV Charger, 16 Amp 110-240V, Portable Electric Vehicle Charger with 25 ft Charging Cable NEM…
291
$107.99
Get it as soon as **Wednesday, Jun 19**
FREE Shipping by Amazon

MUSTART Level 1 and Level 2 Portable EV Charger (16 Amp Adjustable, 100-240V, 25ft Cable). NEMA 6-20…
294
$159.00
Get it as soon as **Tuesday, Jun 11**
FREE Shipping by Amazon

## Brand in this category on Amazon



Over 20 Years US Local Brand, Electrek Posted
Shop Tera



| Tera Wall EV Charger 45 | Tera Electric Vehicle Charger 141 | Tera Extension Cord 50 Amp RV 173 |

Sponsored

## Product Description



6/6/24, 6:36 PM      Amazon.com : Keruida NACS to SAE J1772 Charging Adapter Max 48A 250V, Portable Fast Charging, Compatible with NAC…

Case 1:24-cv-02589-JLR   Document 31-2   Filed 06/12/24   Page 3 of 9











6/6/24, 6:36 PM
Amazon.com: Keruida Tesla to SAE J1772 Charging Adapter Max 40A 250V, Portable Fast Charging, Compatible with NAC…
Case 1:24-cv-02589-JLR Document 31-2 Filed 06/12/24 Page 5 of 9



## Product information

| | |
|---|---|
| Package Dimensions | 9.06 x 3.35 x 3.11 inches |
| Item Weight | 1.2 pounds |
| ASIN | B09DCNLT25 |
| Item model number | 184885 |
| Customer Reviews | 4.0      52 ratings <br> 4.0 out of 5 stars |
| Best Sellers Rank | #854,031 in Automotive (See Top 100 in Automotive) <br> #685 in Electric Vehicle Charging Stations |
| Date First Available | August 24, 2021 |
| Department | Unisex Adult |
| Manufacturer | Keruida |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Looking for specific info?

Search in reviews, Q&A...

## Videos for this product



0:33

**KERUIDA Tesla to SAE J1772 Charging Adapter**

Keruida



0:28

**Customer Review: Does not work for my 2022 Jeep Wrangl...**

CoolKing

6/6/24, 6:36 PM                    Amazon.com : Lectron V-Box Tesla to SAE J1772 Charging Adapter Max 40A 250V | Portable Fast Charging, Compatible with NAC…

Case 1:24-cv-02583-JLR   Document 31-2   Filed 06/12/24   Page 6 of 9

Upload your video

Sponsored

Lectron
Shop the Store on Amazon ›

SEVEN SPARTA
Shop the Store on Amazon ›

Lectron
Shop the Store on Amazon ›



Lectron Level 2 Tesla Charger - 240V, 40 Amp, NEMA 14-50 Plug, 16 ft Extension…
178
$289.98 List: $319.99



SEVEN SPARTA Charging Cable Holder with Chassis Bracket Compatible with…
2,509
$22.99



Lectron … Amp, NI…
$199.9

## Customer reviews

4 out of 5

52 global ratings

| 5 star | 65% |
| 4 star | 7% |
| 3 star | 6% |
| 2 star | 4% |
| 1 star | 18% |

˅ How customer reviews and ratings work

### Customers say

Customers like the performance, quality and ease of use of the charging adapter. They mention that it works great, is well made and snaps on quickly and easily.
AI-generated from the text of customer reviews

  Performance    Quality    Ease of use

### Reviews with images

See all photos ›



Top reviews

### Top reviews from the United States

 Carl G Medlock

**The quality and ease of use is AWESOME**

Reviewed in the United States on June 21, 2022

**Verified Purchase**

I own an EV repair shop and ordered one of these to add to our adapter collection. It's $700 cheaper than the other one we purchased and works the same. I not only like this, but I also ordered every one they offer. They are well built, lightweight and they work. Thank you from Medlockandsons.com

   Report

Jenn D

**Well made and works great**

Reviewed in the United States on May 29, 2022

**Verified Purchase**

My job has spaces for electric cars to charge in the parking lot. There's four universal spots and 8 Tesla spots. I bought this as a backup plan in the event that all the universal spots are taken on a given day. I've been fortunate to only have to use it a few times so far but it works as advertised. Very solid construction and my Chevy Bolt charges on the Tesla chargers with no issues at all.

2 people found this helpful

Helpful   Report

6/6/24, 6:36 PM  Amazon.com: Kevuds JOGS-a to SAE J1772 Charging Adapter Max 40A 250V Portable Fast Charging, Compatible with NAC…

Case 1:24-cv-02589-JLR Document 31-2 Filed 06/12/24 Page 7 of 9


mkwaggs

**Worked for 5 months, then quit working**
Reviewed in the United States on July 6, 2023
Verified Purchase

There is NO product support or Warranty info to be found. If you buy this, get the 3 yr protection. Usually when you attach it to the Tesla charger, all things seem to remain the same. Now there is a "communication error" when I attach it. It happened a few times early on, but would correct itself after I would reconnect the device. Now it remains in error

Helpful    Report


Caleb

**So far so good**
Reviewed in the United States on April 8, 2024
Verified Purchase

I purchased this adapter for a hotel stay and it worked great to charge my NiroEV. The adapter feels solid and is small enough to fit in the glovebox.

Helpful    Report


R. Zoon

**Exceptional adapter**
Reviewed in the United States on November 4, 2022
Verified Purchase

I have a Tesla and a Tesla charger in my driveway. This adapter allowed me to charge my daughter's Jeep plug-in hybrid. Works great and has a quality build.

Helpful    Report


Phil

**Charge Your Non-Tesla EV At Any Charger**
Reviewed in the United States on October 18, 2022
Verified Purchase

With this adapter in the trunk, I can easily access all Level 2 chargers even if a Tesla-only unit. The result is a reduction in range-anxiety…The adapter snaps on quickly and easily. I do think the price for this simple piece of plastic (though it feels satisfyingly sturdy in my hand) is on the high side.

Helpful    Report


CoolKing

**Does not work for my 2022 Jeep Wrangler 4xe**
Reviewed in the United States on April 25, 2022
Verified Purchase

Ordered this for my vacation. But this does not work for my 2022 Jeep Wrangler 4xe. I have tried it on all types on public Tesla plugs available on road.

6 people found this helpful

Helpful    Report


Sam Amen

**Great quality**
Reviewed in the United States on March 11, 2023
Verified Purchase

Work great. Must have for allowing others cars to charge from Tesla charger at home

Helpful    Report

See more reviews ›

6/6/24, 6:36 PM
Amazon.com : Kevuosa SAE J1772 Charging Adapter Max 40A 250V Portable Fast Charging, Compatible with NAC...
Case 1:24-cv-02589-JLR Document 31-2 Filed 06/12/24 Page 8 of 9

Top reviews from other countries

Translate all reviews to English

 Peter

**Works like a charm**
Reviewed in Canada on September 17, 2023
Verified Purchase

Connects to our Tesla wall unit to charge our Leaf.

Report

 DR FARRERA

**En mi caso no me funcionó**
Reviewed in Mexico on August 26, 2023
Verified Purchase

Lo compré para adaptar cargador de Tesla a J1772 de mini cooper eléctrico, por alguna razón no me funcionó.

Report

Translate review to English

 Diane Gregoire

**Does not work**
Reviewed in Canada on October 23, 2023
Verified Purchase

I have tried to recharge my RAV4 Prime on several occasions on compatible Tesla recharge stations, and it simply does not work. When I plug it, the green light starts flashing then nothing is happening.

Report

 Yves marcellin

**Ca fonctionne**
Reviewed in Canada on July 7, 2023
Verified Purchase

Pour ceux qui ont une borne Tesla et on besoin d'un adaptateur pour véhicule electrique…

Report

Translate review to English

 Jason

**incompatible with the Volvo XC90 Recharge**
Reviewed in Canada on October 23, 2023
Verified Purchase

Overall product quality is excellent, but it does not work with the Tesla charger 3rd gen ( output is 200-240V - 48A 50/60Hz) and is incompatible with the Volvo XC90 Recharge.

Report

See more reviews ›

6/6/24, 6:36 PM   Amazon.com: Kevuda NACS-to-J1772 Charging Adapter Max 40A 250V Portable Fast Charging, Compatible with NAC…

Case 1:24-cv-02589-JLR   Document 31-2   Filed 06/12/24   Page 9 of 9

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Help |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English   United States

| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business |
| Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Listen to Books &<br>Original Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data | Goodreads<br>Book reviews<br>&<br>recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle Direct Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion<br>Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used<br>Products |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts |
| | | Amazon Subscription Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates