US FREE SHIPPING；BULK DISCOUNT FOR 2 OR MORE

# NEXPOW Tesla to J1772 Adapter,Tesla Charger Adapter for All J1772 EVs,Max 60A 250V AC Tesla Adapter with Safety Lock,Compatible with Tesla Wall Connector,Mobile Connector and Destination Chargers

Nexpow

$99.99  $159.99

★★★★★ 113 reviews

Quantity:

| − | 1 | + |

ADD TO CART

Buy with PayPal

More payment options

6/6/24, 6:54 PM
Case 1:24-cv-02589-JLR Document 31-3 Filed 06/12/24 Page 2 of 10
NEXPOW Tesla to J1772 Adapter, Tesla Charger Adapter for All J1772 EV...



- 【Super Compatibility】The Tesla Adapter J1772 is compatible with All J1772 EVs, making it the best choice for Tesla to J1772 charging adapter.It works with all Tesla

chargers(excluding Tesla supercharger), including Tesla Wall Connector,Destination Chargers,Tesla Mobile Connector and Tesla Mobile Charger.

- 【Charge Faster】This Tesla J1772 Adapter supports a maximum current power of 60A and a maximum voltage of 250V AC.It can fully charge your car in the shortest amount of time, minimizing wait times.

- 【Safety Protection】NEXPOW adapter has passed the safety certification of CE and FCC, ensuring the safety of your charging experience. The safety anti-theft lock is designed with an anti-fall feature, ensuring a secure connection to the charger during charging.

- 【Suitable For Any Condition】This J1772 Adapter is equipped with an IP65 waterproof function, allowing it to be used in rainy or snowy conditions. It is also heat-resistant up to +50°C (+122°F) and cold-resistant down to -30°C (-22°F), making it suitable for use in various extreme weather conditions.

- 【24 Months Warranty】We provide a 24-month product warranty service. If you encounter any issues with the product, please don't hesitate to contact us for a resolution. We are here to assist you.



NEXPOW

LOG IN   CART (0)

# NEXPOW

HOME    PRODUCTS ⌄    G17 JUMP STARTER🔥

Q9B JUMP STARTER🔥    ABOUT US    SUPPORT ⌄





6/6/24, 6:54 PM
Case 1:24-cv-02589 Document 31-3 Filed 06/12/24 Page 5 of 10
NEXPOW Tesla to J1772 Adapter, Tesla Charger Adapter for All …





## Customer Reviews

★★★★★ 4.86 out of 5
Based on 113 reviews

| | |
|---|---|
| ★★★★★ | 97 |
| ★★★★☆ | 16 |
| ★★★☆☆ | 0 |
| ★★☆☆☆ | 0 |
| ★☆☆☆☆ | 0 |

**Write a review**

Most Recent

★★★★☆   03/02/2019

Professor Ty Sanders, Esq.

**Works like it should**

Sturdy, looks good and a good value. Only grip is that on occasion you have to really fight to get the charger out. But overall worth it.

6/6/24, 6:54 PM
Case 1:24-cv-02589-JLR    Document 31-3    Filed 06/12/24    Page 7 of 10
NEXPOW Tesla to J1772 Adapter, Tesla Charger Adapter for All J1772 EVs

★★★★☆      01/30/2019

Phindog

**Does the job but a little flimsy**

This product does hold a Tesla charging cable just fine. My only complaint is that it seems a little flimsy and possibly prone to breaking. Also, if you aren't mounting this on drywall, the provided screws without the anchors didn't seem to be sturdy or large enough for mounting on a wood stud. I substituted my on wood screws.

★★★★☆      10/24/2018

Jeff M

**Well built**

Holder is nice. Screws that were included were cheap and broke while tightening. Had to replace screws.

|<   <   21   22   **23**



JUDGE.ME
38
★★★★☆
Verified Reviews

## You may also like



SELECT OPTIONS

Nexpow
NEXPOW Q9B 2500A Peak 22000mAh Jump Starter
from $89.99
(1037)



SELECT OPTIONS

Nexpow
NEXPOW G17 2000A Peak 18000mAh Jump Starter
from $79.99
(1075)



SELECT OPTIONS

Nexpow
NEXPOW Q10S 1500A Peak Jump Starter
from $79.99
(1121)

## Subscribe to our emails

Subscribe to receive updates, access to exclusive deals and more.

email@example.com

SUBSCRIBE

## ABOUT

Our Story

Contact Us

Become A Reseller

Ambassador Program

Join Affiliate Program

## SUPPORT

User Manual

Warranty

Shipping Policy

Return Policy

Privacy Policy

Terms of Service

## CONTACT

hello@nexpow.com

  

       

Powered by Shopify        © 2024, NEXPOW