Home   About us   Contact us   Shipping   Returns & Warranty   F.A.Q.

Home (https://www.evseadapters.com) / EV Chargers, Charger Adapters, Extension Cords (https://www.evseadapters.com/collections/ev-chargers-and-evses/) / Tesla to J1772 Adapter

Sale!



(https://www.evseadapters.com/wp-content/uploads/2019/04/tesla-to-j1772-40a-new.jpg)

## Tesla to J1772 Adapter

(24 customer reviews)

With our new Tesla to J1772 adapter, now you can charge [...] charging stations in North America!



Need Help?
Click here and start chatting with us!

~~USD $149.00~~ **USD $84.77**

| | |
|---|---|
| Options | Choose an option ▾ |
| Color | Choose an option ▾ |

[ 1 ]   Add to cart

| | |
|---|---|
| **Weight** | N/A |
| **Dimensions** | N/A |
| **Options** | 40A compact adapter, 40A bypassing compact adapter, 48A compact adapter, 48A bypassing compact adapter, 80A bypassing adapter with cable |
| **Color** | White, Black |

**SKU** N/A
**Category** EV Chargers, Charger Adapters, Extension Cords (https://www.evseadapters.com/collections/ev-chargers-and-evses/)

| Description | Additional information | Reviews (24) |

## 24 reviews for Tesla to J1772 Adapter

**EAYYB ELF** *(verified owner)* – 2020-10-19    ★★★★★

80A轉接頭使用在台灣LUXGEN M7 EV+沒有任何問題，非常好用。

**Steve** *(verified owner)* – 2021-08-25    ★★★★★

We got the 80-amp version for future proofing. Our Audi has a maximum 71772 charge rate of 9.6 kW and that's what we see on Destination Chargers.

**Dennis** *(verified owner)* – 2021-09-02    ★★★★☆

Easy to use

**Brandon** *(verified owner)* – 2021-09-27    ★★★★★

works perfect from my tesla wall charger for my dad's Leaf

 **EAYYB ELF** *(verified owner)* – 2021-12-31 

使用在保時捷上沒有問題



(https://www.evseadapters.com/wp-content/uploads/2021/12/25533924_75430744_4a62759a-42f2-4d4f-9bf7-f309c2eb6a6e-1024x768.jpeg)



(https://www.evseadapters.com/wp-content/uploads/2021/12/25533924_75430744_dddeb96a-869f-481d-ae6d-fb5c9196b19b-1024x768.jpeg)



(https://www.evseadapters.com/wp-content/uploads/2021/12/25533924_75430744_ad653691-c8c4-4e7c-a2a6-17c9f20d1479-1024x768.jpeg)

 **Richard** *(verified owner)* – 2022-01-08 

 **Gordon W.** *(verified owner)* – 2022-01-22 

Terrific quality and exactly as advertised.

 **Matt W.** *(verified owner)* – 2022-02-02 

Very high quality construction and heavy! I love the switch that locks the Tesla plug into this adapter. Very secure. My only suggestion for improvement would be to include a plastic cap to keep dirt/rain/snow out of the vehicle side of this connector when it's not plugged into a vehicle.

 **Jacob** *(verified owner)* – 2022-02-02 

Worked to charge a Kona EV from a Tesla home charging station.

 **Alex C.** *(verified owner)* – 2022-02-03 

I haven't had the chance to test it yet. I bought it as a just-in-case measure while travelling, and due to the pandemic I have been largely housebound.

**Thomas K.** *(verified owner)* – 2022-03-09 ★★★★★

Works great at friends' houses that only have Tesla EVSE.

**DELBERT** *(verified owner)* – 2022-03-17 ★★★★★

good Quality, fast service

**Anonymous** *(verified owner)* – 2022-04-14 ★★★★★

Worked great on 80A Tesla charging stations. No issues.

**Jeffrey F.** *(verified owner)* – 2022-05-18 ★★★★★

Works perfectly.

**Evan** *(verified owner)* – 2022-06-06 ★★★★★

We're using this adapter on a 2019 Chevy Bolt and it's working perfectly. Seems to be well built and we've had zero problems using it. Very happy with the purchase.

**James S.** *(verified owner)* – 2022-06-17 ★★★★★

The adapter worked great – saved me from being stranded when a non-Tesla charger didn't work and only Tesla Destination was left at a hotel.

**Rudolph** *(verified owner)* – 2022-06-20 ★★★★★

**Steve** *(verified owner)* – 2022-06-27 ★★★★★

Works great for my daughter's 2013 Leaf.

**Lawrence** *(verified owner)* – 2022-07-01 ★★★★★

Easy to use. Convenient.

**Michel Girard** *(verified owner)* – 2022-07-05 ★★★★★



(https://www.evseadapters.com/wp-content/uploads/2022/07/33032903_99234087_06b225f0-ded7-4710-a48f-5ae9af4224b1-1024x768.jpeg)

**Daniel L.** *(verified owner)* – 2022-07-24 ★★★★☆

Wish the lock attachment was bigger size.

**Michael Cropper** *(verified owner)* – 2022-08-06 ★★★★★

Works great for a Volt and Prius.

**Pierre-Luc C.** *(verified owner)* – 2022-10-15 ★★★★★

Sturdy and works without a glitch.

**John G.** *(verified owner)* – 2023-02-18 ★★★★★

Adapter works perfectly on my Audi and saved me hundreds by not having to replace my Tesla charger

Only logged in customers who have purchased this product may leave a review.

# Related products




**NEMA 10-30P to 10-30R & 14-50R Y Adapter Splitter**
★★★★★
USD $75.00
(https://www.evseadapters.com/products/nema-10-30p-to-10-30r-14-50r-y-adapter-splitter/)

Add to cart (?add-to-cart=27637)

**J1772 to NEMA 14-50 Adapter**
★★★★★
~~USD $159.00~~ **USD $83.99**
(https://www.evseadapters.com/products/j1772-to-14-50-adapter/)

Add to cart (?add-to-cart=117)

Sale!





**Nylon carrying bag for charger and adapters**

★★★★★

~~USD $15.95~~ **USD $14.74**

(https://www.evseadapters.com/products/nylon-carrying-bag-for-charger-adapters/)

Add to cart (?add-to-cart=89)

**NEMA 10-30 Y Splitter**

☆☆☆☆☆

USD $69.00

(https://www.evseadapters.com/products/nema-10-30-y-splitter/)

Add to cart (?add-to-cart=27)

Top quality electrical adapter cords to power your journey

## Contacts Information



**(tel:+1%20385%20355%203873)**

+1-385-355-3873 (tel:+1%20385%20355%203873)



**(mailto:support@evseadapters.com)**

support@evseadapters.com (mailto:support@evseadapters.com)

8:00 am to 4:00 pm PST
Monday to Friday

## Product Categories

Adapters for EV Chargers with NEMA 14-50 Plug

EV Chargers, Charger Adapters, Extension Cords

For Tesla Model S & Model X Gen 1

For Tesla Model S, Model 3, Model X, & Model Y Gen 2

NEMA 6-50 Adapters for Welders & EVs

Adapters for RV's

~All Other Adapters, Splitters, & Cords

Adapters for EV Chargers with NEMA 14-50 Plug

EV Chargers, Charger Adapters, Extension Cords

For Tesla Model S & Model X Gen 1

For Tesla Model S, Model 3, Model X, & Model Y Gen 2

NEMA 6-50 Adapters for Welders & EVs

Adapters for RV's

~All Other Adapters, Splitters, & Cords

## Subscribe to our Newsletter

Email

Success! 

Send

**Disclaimer:** *All other companies, products, and names referenced on this website are used for identification purposes only and may be trademarks of their respective owners. It is neither inferred nor implied that products sold by EVSE Adapters are authorized by or are in any way connected with Tesla, Inc. EVSE Adapters is not affiliated with or endorsed by Tesla, Inc.*

© EVSE Adapters

All rights reserved Copyright 2024

Designed by SDTECHNOLOGIES

