UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Dropcases, LTD,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

    Defendants.
_____/

CASE NO. 1:24-cv-2589-JLR

**ORDER FOR REMOTE APPEARANCE**

The letter motion for remote appearance filed by Jianyin Liu in the above captioned action is granted.

**IT IS HEREBY ORDERED** that Jianyin Liu shall be able to appear on June 17, 2024's hearing for motion for entry of preliminary injunction via phone.

Dated: _____        _____

                                            United States District/Magistrate judge