-1-

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD.,<br>      Plaintiff,<br>  v.<br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br>      Defendants. | Case No. 24-cv-02589-JLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITH PREJUDICE as to the following Defendant:

| No. | Amazon Seller ID | Defendant Name | Amazon Seller Alias |
|---|---|---|---|
| 16 | A1EFL1J69ZJCO9 | Jukegear | EVARK |

Prior to the filing of this notice, Defendant has yet to file an answer or motion for summary judgment.

Dated: June 13, 2024        Respectfully submitted,

               */s/ David A. Boag*
               DAVID A. BOAG
               **BOAG LAW, PLLC**
               447 Broadway, Suite 2-270
               New York, NY 10013
               dab@boagip.com

               *Attorneys for Plaintiff Dropcases, Ltd.*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document was electronically filed on June 13, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of the filing to all registered attorneys of record.

*/s/ David A. Boag*
David A. Boag