UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| DROPCASES, LTD., | |
|---|---|
| Plaintiff, | |
| v. | Case No. 24-cv-02589-JLR |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | JURY TRIAL DEMANDED |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| Nos. | Seller Alias | Defendant Name | Amazon Seller ID |
|---|---|---|---|
| 118 | ENA | Aceon-Bright, Inc. | A1PS96CG2U31BM |

Prior to the filing of this notice, Defendant has yet to file an answer or motion for summary judgment.

Dated: June 11, 2024

Respectfully submitted,

*/s/ David A. Boag*
DAVID A. BOAG
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
dab@boagip.com

*Attorneys for Plaintiff Dropcases, Ltd.*

Defendant Aceon-Bright, Inc. is dismissed without prejudice. The Clerk of Court is respectfully directed to terminate Aceon-Bright, Inc. from the docket.

Dated: June 13, 2024
        New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

-1-