UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD., <br>             Plaintiff, <br> v. <br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" <br>             Defendants. | Case No. 24-cv-02589-JLR <br><br> JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendants:

| Nos. | Amazon Seller ID | Defendant Name | Amazon Seller Alias |
|---|---|---|---|
| 19 | A2X5S3TAKUTQAK | Argo North Venture Partners, LLC | Lucky Chargers |
| 21 | A36JITAU1BVS0F | Leaderment International Group Co., Ltd | Syncwire |
| 53 | A2IHZFOHOQ0WG8 | Godirectinc.com Inc | GearIT |
| 66 | A3NWIHZHQOP4JP | PowerPump | Powerpump |
| 78 | AWGKVY8N96OWL | Shop Rush Store Inc. | IGRL Store |
| 86 | A34EB7QX5QA9AX | Active Production LLC | Powerbear |
| 122 | AZEMFYXR7MB0V | Manni inc | Yutaco |

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

Dated: June 11, 2024

Defendants Argo North Venture Partners, LLC, Leaderment International Group Co., Ltd., Godirectinc.com Inc, PowerPump, Shop Rush Store Inc., Active Production LLC, and Manni inc are dismissed without prejudice. The Clerk of Court is respectfully directed to terminate these defendants from the docket.

Dated: June 13, 2024
      New York, New York

Respectfully submitted,

*/s/ David A. Boag*
DAVID A. BOAG
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
dab@boagip.com

*Attorneys for Plaintiff Dropcases, Ltd.*

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
**United States District Judge**