UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DROPCASES, LTD.,
                Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

                Defendants.

Case No. 24-cv-02589-JLR

JURY TRIAL DEMANDED

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| Nos. | Defendant Name | Amazon Seller ID |
|---|---|---|
| 107-110 | ADM Tech LLC | A27T2HIZ6I96DQ |

Prior to the filing of this notice, Defendant has yet to file an answer or motion for summary judgment.

Dated: June 11, 2024

Respectfully submitted,

*/s/ David A. Boag*
DAVID A. BOAG
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
dab@boagip.com

*Attorneys for Plaintiff Dropcases, Ltd.*

Defendant ADM Tech LLC is dismissed without prejudice. The Clerk of Court is respectfully directed to terminate ADM Tech LLC from the docket.

Dated: June 13, 2024
      New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

-1-