UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DROPCASES, LTD.,

                Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

                Defendants.

Case No. 24-cv-02589-JLR

JURY TRIAL DEMANDED

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| No. | Amazon Seller ID | Defendant Name | Amazon Seller Alias |
|---|---|---|---|
| 18 | A3JDOCV75BA5WE | Changshashi Yueluqu Wentaowenhao Jiancaishanghang | Aleanu |

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

Dated: June 15, 2024

Respectfully submitted,

*/s/ David A. Boag*
DAVID A. BOAG
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
dab@boagip.com

*Attorneys for Plaintiff Dropcases, Ltd.*

Defendant Changshashi Yueluqu Wentaowenhao Jiancaishanghang is DISMISSED without prejudice. The Clerk of Court is directed to terminate defendant Changshashi Yueluqu Wentaowenhao Jiancaishanghang from the docket.

Dated: June 17, 2024
      New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

-1-