UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DROPCASES, LTD.,

                     Plaintiff,

-against-

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULED A,

                     Defendants.

No. 1:24-cv-02589 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court previously entered a temporary restraining order and order granting temporary asset restraint and expedited discovery in this case. *See* April 30, 2024 Order; ECF Nos. 17, 19, 21. That order expires by its own terms on June 18, 2024, and has not been further extended by the Court. It is therefore no longer necessary for any parties or non-parties in this case to abide by the terms of that order.

      Plaintiff is ORDERED to serve a copy of this order on Amazon no later than June 19, 2024.

      Further, for the reasons stated on the record during the June 17, 2024 hearing, Plaintiff's motion for a preliminary injunction is DENIED. The Clerk of Court is respectfully directed to CLOSE the motion pending at ECF No. 7.

Dated: June 17, 2024
       New York, New York

                                          SO ORDERED.

                                          JENNIFER L. ROCHON
                                          United States District Judge