UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD.,<br><br>                              Plaintiff,<br><br>            -against-<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>                              Defendants. | No. 1:24-cv-02589 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

By consent of Plaintiff as stated on the record during the June 17, 2024 hearing, the Clerk of Court is respectfully directed to UNSEAL all documents in this action and upload them to the Electronic Case Filing system. The Clerk of Court is respectfully directed to close the motions pending at ECF Nos. 6 and 11.

Further, the Court's order at ECF No. 17 addressed ECF No. 15, and the Clerk of Court is therefore respectfully directed to close the motion pending at ECF No. 15.

Dated: June 17, 2024

   New York, New York

                                                              SO ORDERED.

                                                              _____
                                                              JENNIFER L. ROCHON
                                                              United States District Judge

1