-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD., <br>               Plaintiff, <br>     v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" <br><br>               Defendants. | Case No. 24-cv-02589-JLR <br><br> JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| No. | Amazon Seller ID | Defendant Name | Amazon Seller Alias |
|---|---|---|---|
| 27 | ACK1KMGALHZ2T | ChangShaHongMaoKaiKeJiYouXianGongSi | TopDonStarter |

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

Dated: June 18, 2024

Respectfully submitted,

*/s/ David A. Boag*
DAVID A. BOAG
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
dab@boagip.com

*Attorneys for Plaintiff Dropcases, Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document was electronically filed on June 18, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of the filing to all registered attorneys of record.

*/s/ David A. Boag*
David A. Boag