UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DROPCASES, LTD.,
                Plaintiff,
v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A"

                Defendants.

Case No. 24-cv-02589-JLR

JURY TRIAL DEMANDED

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| No. | Amazon Seller ID | Defendant Name | Amazon Seller Alias |
|---|---|---|---|
| 27 | ACK1KMGALHZ2T | ChangShaHongMaoKaiKeJiYou XianGongSi | TopDonStarter |

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

Dated: June 18, 2024

Respectfully submitted,

*/s/ David A. Boag*
DAVID A. BOAG
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
dab@boagip.com

*Attorneys for Plaintiff Dropcases, Ltd.*

Defendant ChangShaHongMaoKaiKeJiYou XianGongSi is dismissed without prejudice. The Clerk of Court is directed to terminate defendant ChangShaHongMaoKaiKeJiYou XianGongSi from the docket.

Dated: June 18, 2024
      New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

-1-