UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD.,<br>     Plaintiff,<br> v.<br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br>     Defendants. | Case No. 24-cv-02589-JLR<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| Nos. | Amazon Seller ID | Defendant Name | Amazon Seller Alias |
|---|---|---|---|
| 64, 65 | A1IWGB4982OFGA | Mo Lin lin | rao jintang |
| 67 | A18CXLPUEPYKUC | Guangzhou Hongxin Industrial Co., Ltd. | HxBloc |

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

Dated: June 19, 2024      Respectfully submitted,

               */s/ David A. Boag*
               DAVID A. BOAG
               **BOAG LAW, PLLC**
               447 Broadway, Suite 2-270
               New York, NY 10013
               dab@boagip.com

               *Attorneys for Plaintiff Dropcases, Ltd.*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document was electronically filed on June 19, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of the filing to all registered attorneys of record.

>  */s/ David A. Boag*
>  David A. Boag