UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-cv-02589 <br><br> Honorable Judge Jennifer L. Rochon <br><br> Magistrate Judge Gary Stein |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United Sates Courts for the Southern and Eastern Districts of New York, Michael Boldt hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant EVDANCE and Defendant Seguma (collectively "Defendants") in the above captioned action.

I know I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached to this motion is my affidavit required by Local Rule 1.3.

DATED June 27, 2024

Respectfully submitted,

/s/ Michael Boldt
Michael Boldt
Getech Law LLC
203 N LaSalle St
Suite 2100
Chicago, IL 60601

1

2

Tel.: 312-888-6633
IL Attorney No. 6345505
michael.boldt@getechlaw.com

*Attorney for Defendants EVDANCE and Seguma*