UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-cv-02589 <br><br> Honorable Judge Jennifer L. Rochon <br><br> Magistrate Judge Gary Stein |

## LOCAL RULE 1.3 AFFIDAVIT

I, Michael Boldt, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm Getech Law LLC.

2. I submit this affidavit in support of my Motion for Admission Pro Hac Vice in the above captioned matter.

3. I am currently a member in good standing of the bar of the State of Illinois. My certificate of good standing with the Illinois bar is attached hereto.

4. There are no pending disciplinary proceedings against me in any state or federal court, nor have there ever been such proceedings brought against me in any jurisdiction in which I am licensed.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

WHEREFORE, Affiant respectfully submits that he is permitted to appear as counsel and advocate pro hace vice in this one case as counsel for Defendant EVDANCE and Defendant Seguma.

1

M.B. 06/26/24
FK 06/26/24

DATED June ~~14~~ 26, 2024

Respectfully submitted,

*[signature]*

Michael Boldt
Getech Law LLC
203 N LaSalle St
Suite 2100
Chicago, IL 60601
Tel.: 312-888-6633
IL Attorney No. 6345505
michael.boldt@getechlaw.com

*Attorney for Defendants*

State of Illinois
County of Cook

This instrument was acknowledged before me on 26 day of June, 20 24 by Michael Boldt

*[signature]*
Notary Public's Signature
My Commission Expires August 26th 2026

"OFFICIAL SEAL"
FRANCIS P KENNY
Notary Public - State of Illinois
My Commission Expires August 25, 2026