UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 24-cv-02589<br><br>Honorable Judge Jennifer L. Rochon<br><br>Magistrate Judge Gary Stein |

## ORDER FOR ADMISSION PRO HAC VICE

The motion for admission *pro hac vice* filed by Michael Boldt, for admission to practice Pro Hac Vice in the above captioned action, is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Michael Boldt |
| Firm Name: | Getech Law LLC |
| Address: | 203 N LaSalle St, Suite 2100, |
| City/State/Zip: | Chicago, IL 60601 |
| Telephone: | 312-888-6633 |
| Email: | michael.boldt@getechlaw.com |

Applicant having requested admission Pro Hac Vice to appear for all purpose as counsel for Defendant EVDANCE and Defendant Seguma in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

2

DATED _____                           _____

                                                                                                               Honorable Judge Jennifer L. Rochon