UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD., <br>               Plaintiff, <br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" <br><br>               Defendants. | Case No. 24-cv-02589-JLR <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) <br><br> Jury Trial Demand |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| No. | Amazon Seller ID | Defendant Name | Amazon Seller Alias |
|---|---|---|---|
| 104 | A1F7SLQN5EBJRX | nanchangshichaijingkejiyouxiangongsi | HUANGCHUAN |
| 105 | A2R4UL53PO7BYQ | SHENZHENSHIDINGSHIDIANZI-SHANGWUYOUXIANGONGSI | NEXPOWER-US |

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

Dated: New York, New York
       July 2, 2024

                                                       Respectfully submitted,

                                                       */s/ David A. Boag*
                                                      DAVID A. BOAG
                                                      **BOAG LAW, PLLC**
                                                      447 Broadway, Suite 2-270
                                                      New York, NY 10013
                                                      dab@boagip.com

                                                      *Attorneys for Plaintiff Dropcases, Ltd.*

-2-

**FOSTER GARVEY, P.C.**

By: /s/ Emily Borich
 Emily Borich, Esq. (5325964)
 100 Wall Street, 20th Floor
 New York, New York 10005
 Tel: (212) 965-4503
 Email: emily.borich@foster.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document was electronically filed on July 2, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of the filing to all registered attorneys of record.

<i>/s/ Emily Borich</i><br>
Emily Borich