UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD.,<br>                    Plaintiff,<br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>                    Defendants. | Case No. 24-cv-02589-JLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**<br><br>Jury Trial Demanded |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendants:

| No. | Amazon Seller ID | Defendant Name | Amazon Seller Alias |
|---|---|---|---|
| 13 | A2K6R3ZVEBVWOQ | SZWSXLTDWE | Vrasly |
| 36 | A365FTAOJVAORC | Xiaojian Luo | MOTONG |
| 37 | AZ1OC23M6JIJ5 | AIMI Electronic Technology Limited | LOKEKE |
| 39 | A2JC8610RL18YJ | firexu | Ddtohan |
| 76 | AO4F8CTERNFOO | lingshixianruyuxinxizixunfuwuzhongxin | MODESLAB |
| 95 & 96 | ASUENOZ9LJGUI | shenzhen jurengu kejiyouxiangongsi | NZY |
| 123 | A3MVDDLDEBN84Y | lingshixianruyuxinxizixunfuwuzhongxin | KEVWR |

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

Dated: New York, New York
       July 2, 2024

                                      Respectfully submitted,

                                      */s/ David A. Boag*
                                      DAVID A. BOAG
                                      **BOAG LAW, PLLC**
                                      447 Broadway, Suite 2-270
                                      New York, NY 10013
                                      dab@boagip.com

-2-

        **FOSTER GARVEY, P.C.**

By: /s/ Emily Borich
     Emily Borich, Esq. (5325964)
     100 Wall Street, 20th Floor
     New York, New York 10005
     Tel: (212) 965-4503
     Email: emily.borich@foster.com

*Attorneys for Plaintiff*

-3-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above document was electronically filed on July 2, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of the filing to all registered attorneys of record.

                                                                       */s/ Emily Borich*
                                                                         Emily Borich