UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD.,<br>  Plaintiff,<br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br>  Defendants. | Case No. 24-cv-02589-JLR<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)<br><br>Jury Trial Demand |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| No. | Amazon Seller ID | Defendant Name | Amazon Seller Alias |
|---|---|---|---|
| 104 | A1F7SLQN5EBJRX | nanchangshichaijingkejiyouxiangongsi | HUANGCHUAN |
| 105 | A2R4UL53PO7BYQ | SHENZHENSHIDINGSHIDIANZI-SHANGWUYOUXIANGONGSI | NEXPOWER-US |

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

Dated: New York, New York
       July 2, 2024

Defendants nanchangshichaijingkejiyouxiangongsi and SHENZHENSHIDINGSHIDIANZI-SHANGWUYOUXIANGONGSI are dismissed without prejudice. The Clerk of Court is respectfully directed to terminate Defendants nanchangshichaijingkejiyouxiangongsi and SHENZHENSHIDINGSHIDIANZI-SHANGWUYOUXIANGONGSI from the docket.

Dated: July 8, 2024
       New York, New York

Respectfully submitted,

/s/ David A. Boag
DAVID A. BOAG
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
dab@boagip.com

*Attorneys for Plaintiff Dropcases, Ltd.*

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
**United States District Judge**

**FOSTER GARVEY, P.C.**

By: /s/ Emily Borich
    Emily Borich, Esq. (5325964)
    100 Wall Street, 20th Floor
    New York, New York 10005
    Tel: (212) 965-4503
    Email: emily.borich@foster.com

*Attorneys for Plaintiff*