UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DROPCASES, LTD.,<br>                    Plaintiff,<br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>                    Defendants. | Case No. 24-cv-02589-JLR<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)<br><br>Jury Trial Demanded |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| Nos. | Amazon Seller ID | Defendant Name | Amazon Seller Alias |
|---|---|---|---|
| 80 | A2NRV4MEW2T1DD | shenzhenshiyingrunhechuangkejiyouxiangongsi | Aainavi |

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

Dated: July 10, 2024

Respectfully submitted,

*/s/ David A. Boag*
DAVID A. BOAG
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
dab@boagip.com

**FOSTER GARVEY, P.C.**

By: /s/ Emily Borich
Emily Borich, Esq. (5325964)
100 Wall Street, 20th Floor
New York, New York 10005
Tel: (212) 965-4503
Email: emily.borich@foster.com

*Attorneys for Plaintiff Dropcases, Ltd.*

FG: 102821711.1

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document was electronically filed on July 10, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of the filing to all registered attorneys of record.

*/s/ Emily Borich*
Emily Borich

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document was electronically filed on July 10, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of the filing to all registered attorneys of record.

*/s/ David A. Boag*
David A. Boag