-1-

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DROPCASES, LTD.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>　　　　　　Defendants. | Case No. 24-cv-02589-JLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**<br><br>Jury Trial Demanded |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dropcases Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendants:

| Amazon Seller ID | Amazon Seller Alias |
|---|---|
| A376KYM2OUJJ4V | STOKE VOLTAICS |
| A1XPS3X5APPOAP | GODIAG |
| A25FG4FOZ3JY32 | LATOUGH TECHNOLOGY |
| AR4NL2DV377LD | Nivion EV |
| A1Q1FIK4AJYH5P | Chaoyisheng |
| A8X2HA9WCLCE6 | SmartSafe official |
| A29OG9SF03IFFB | AVOTCH |
| ARMNU47EUWCT6 | westaim |
| AEI8JIXVJIVY6 | BOSDANTUNGreenpower |
| A28DA2RPT9DVW1 | Waksmart |
| A1GUI03H217961 | ACBROAD |
| AXY7HXPJTOL4D | Autobasis |
| A18J3P22FK7B0N | TopLight |
| A16EB76TNTPJCV | flyEVfish store |
| AFO5BKPUJI9PO | WeiPan (Palawola) |
| A2KL7CLOLBPPNG | Dicosky Direct |
| A2KYVIK4SGT590 | Letonvance Digit Store |
| A3JDOCV75BA5WE | Wenhao Store |
| ASUENOZ9LJGUI | JURENGUDF - US |
| A38Z3EGYJ3H2J7 | docas parts |
| A2JC8610RL18YJ | PHPOO |
| A3CAKD753L2X44 | Nilight Headlight |
| A33NR88WHIPOYF | kanaitededian |
| A3D7AVCA6A633E | Lovetesla |

-1-

-2-

| | |
|---|---|
| A3VJKY6NYN38BC | BMZX |
| A2XBZYRBWP6AQD | Hupu Direct |
| A2L2XCQEWR1KUG | TAECHU |
| A1V6HZTHS2PXNZ | EVDANCE |
| A3IDNBTU6G8SDX | PERCHARG TEC |
| A2R7PK61JT4AUS | AMZ |
| A3BE8KM44XT3I1 | Jsoprtvr-US |
| A2LENQIUQD99WB | Boboran |
| A1USEJL5DHK2FE | Wolfcar US |
| A37MYKQUGAYDTW | Outdoors Gamers |
| A269JGGPKAKWT4 | IKITS Direct |
| AF2DQ95GOW3DF | AEROFARA-US |
| A178D6EXB94BKQ | Laixuanstore |
| AEE8RJH809BE3 | FIZZENERGI |
| A2XK01BQ0X2QY3 | EEK-US |
| A3GTVC39GFT93E | Haitianxinda |
| A218YF9UP3IFEM | ElecFylo |
| AV08QP6WB1TZL | GLONRE |
| A2SMRXGNZVAPJW | PLUGOOD |
| A1U2D9JFI5ZDW5 | Hansshow-tesplus |
| A26DIHBLSKN05M | UCOMEN |
| A1PS96CG2U31BM | U.S. Based seller |
| A4QLK8WQ9W3H0 | sudenwlis |
| A1IAYQ5WRKWQ4C | Lemsuul |
| A2A3N6SDXOGIJK | ZEUSPACE_OFFICIAL_STORE |
| A5JT0AKTCVXJL | Singtoow |
| AWGKVY8N96OWL | Immersion Gear Research Lab |
| A1NO9VTA9GPKIF | GHappiness |
| A1K4SY6DMZPWQB | COOST1 |
| A163KXVIJNO0S4 | esLife |
| A1ZQDXTNTOHWII | TeahWamny |
| AG47U5KJSDNKQ | Wesimi Direct Store |
| AT962KVNLOIZA | ROXAAN |
| A2HQXUCGBOWH4W | Divome |
| ALL0YFKEP6GNY | WildHulkAuto |
| A35RBR1AN1K2CB | SEGUMA |

-3-

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

By the court's order dated October 15, 2024 [Dkt. 102], Plaintiff was required to provide a further status update as to service of the remaining Defendants, dismissed herein, by October 21, 2024 and requested an extension to do so [Dkt. 103], which is now moot. There are no other Defendants remaining in this action.

Dated: October 22, 2024

                                              Respectfully submitted,

                                              **BOAG LAW, PLLC**
*/s/ David A. Boag*
DAVID A. BOAG
447 Broadway, Suite 2-270
New York, NY 10013
dab@boagip.com

**FOSTER GARVEY, P.C.**

*/s/ Emily M. Borich*
Emily M. Borich
100 Wall Street, 20th Floor
New York, New York 10005
Tel: (212) 965-4503
Email: emily.borich@foster.com

*Attorneys for Plaintiff*

-4-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document was electronically filed on October 22, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of the filing to all registered attorneys of record.

                                         */s/ Emily Borich*
                                         Emily Borich